David Wawro (DW-3282)
Ian M. Goldrich (IG-5653)
TORYS LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200
Attorneys for Defendant

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3125

-------------------------------------------------------------- x

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

         Plaintiff,

- against -

TAMA BROADCASTING, INC.

         Defendants.

-------------------------------------------------------------- x

Civil Action No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Tama Broadcasting, Inc. certifies that none of the corporate parents, affiliates or subsidiaries of said party are publicly held.

Dated: New York, New York
      March 27, 2008

                           TORYS LLP

                           By: /s/ David Wawro
                              David Wawro (DW-3282)
                              Ian M. Goldrich (IG-5653)

                           237 Park Avenue
                           New York, New York 10017-3142
                           Tel: (212) 880-6000
                           Fax: (212) 682-0200

                           Attorneys for Defendant

Of Counsel:

Charles W. Cherry II, Esq.
Law Office of Charles W. Cherry II
5200 SW 18th Street
Plantation, Florida 33317
Tel: (813) 367-7342
Fax: (954) 583-9667

8446109