UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

          Plaintiff,

     - against -

TAMA BROADCASTING, INC.

          Defendants.

------------------------------------------------------------------ x

Civil Action No. 08 Civ. 3125 (SAS)

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury, that on Thursday, March 27, 2008 I personally served a true and correct copy of the **NOTICE OF FILING OF NOTICE OF REMOVAL; NOTICE OF REMOVAL w/Exhibits "A" and "B"; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN** and **INDIVIDUAL PRACTICES OF JUDGE FRANCIS,** on Vinson & Elkins, L.L.P., attorney for plaintiff, at 666 Fifth Avenue, New York, New York 10013, 26th Floor.

Dated: New York, New York
       March 28, 2008

                                              _____
                                              Darrell Williams