UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,

        Plaintiff,

       - against -

TAMA BROADCASTING, INC.

        Defendants.

------------------------------------------------------------------ x

Civil Action No. 08 Civ. 3125 (SAS)

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury, that on Friday, March 28, 2008 I personally served true and correct copies of the **AFFIDAVIT OF DR. GLENN W. CHERRY IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF A TEMPORARY RECEIVER** and **DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION, BY ORDER TO SHOW CAUSE, FOR APPOINTMENT OF A TEMPORARY RECEIVER,** on Vinson & Elkins, L.L.P., attorney for plaintiff, at 666 Fifth Avenue, New York, New York 10013, 26th Floor.

Dated: New York, New York
       March 31, 2008

                                        _____
                                        Darrell Williams