AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.,

**APPEARANCE**

Plaintiff,

-against-

Case Number: 08-CV-03125 (SAS)

TAMA BROADCASTING, INC.,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF, D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.

I certify that I am admitted to practice in this court.

| 4/3/2008 | *(signature)* |
|---|---|
| Date | Signature |

| STEVEN PARADISE | SP 0401 |
|---|---|
| Print Name | Bar Number |

666 FIFTH AVENUE, 26TH FLOOR
Address

| NEW YORK | NY | 10103 |
|---|---|---|
| City | State | Zip Code |

| (212) 237-0000 | (212) 237-0100 |
|---|---|
| Phone Number | Fax Number |