AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

                Plaintiff,

    -against-

TAMA BROADCASTING, INC.,

                Defendant.

**APPEARANCE**

Case Number: 08-CV-03125 (SAS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    PLAINTIFF, D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.

I certify that I am admitted to practice in this court.

| 4/3/2008 | *(signature)* |
|---|---|
| Date | Signature |
|  | MICHAEL V. RELLA     MR 0287 |
|  | Print Name     Bar Number |
|  | 666 FIFTH AVENUE, 26TH FLOOR |
|  | Address |
|  | NEW YORK    NY    10103 |
|  | City    State    Zip Code |
|  | (212) 237-0000    (212) 237-0100 |
|  | Phone Number    Fax Number |