UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

        Plaintiff,

    - against -

TAMA BROADCASTING, INC.

        Defendant.

------------------------------------------------------------------ x

Civil Action No. 08 Civ. 3125

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Ian M. Goldrich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Charles W. Cherry II, Esq.

    Firm Name:    Law Offices of Charles W. Cherry II

    Address:    5200 SW 18th Street

    City/State/Zip: Plantation, Florida 33317

    Telephone:    (813) 367-7342

    Fax:    (954) 583-9667

Charles W. Cherry II, Esq. is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against him in any State or Federal court.

Dated: New York, New York
       April 7, 2008

Respectfully submitted,

By: _____
     Ian M. Goldrich (IG-5653)

Torys LLP
237 Park Avenue
New York, New York  10017-3142
Tel:  (212) 880-6000
Fax:  (212) 682-0200

Attorneys for Defendant

8472601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

              Plaintiff,

           - against -

TAMA BROADCASTING, INC.

             Defendant.
------------------------------------------------------------------ x

Civil Action No. 08 Civ. 3125

**AFFIDAVIT OF IAN M. GOLDRICH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                      )    ss:
County of New York  )

        Ian M. Goldrich, being duly sworn, hereby deposes and says as follows:

        1.     I am an associate at Torys LLP, counsel for the defendant, Tama Broadcasting, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the defendant's motion to admit Charles W. Cherry II, Esq. as counsel *pro hac vice* to represent the defendant in this matter.

        2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in . I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.     I have know Mr. Cherry since March 2008. He is an attorney at the Law Offices of Charles W. Cherry II in Plantation, Florida. He is a member in good standing of the Bar of the State of Florida. I attach as Exhibit A Mr. Cherry's certificate of good standing.

4. I have found Mr. Cherry to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am please to move the admission of Charles W. Cherry II, Esq., *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Charles W. Cherry II, Esq., *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion of to admit Charles W. Cherry II, Esq., *pro hac vice*, to represent the defendant in the above-captioned matter, be granted.

Respectfully submitted,

_____
Ian M. Goldrich (IG-5653)

Sworn to before me this
7th day of April, 2008

_____
Notary Public

DARRELL WILLIAMS
NOTARY PUBLIC, State of New York
No. 31-4775750
Qualified in New York County
Commission Expires: Jul. 31, 2011

8474512

- 2 -



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon        )

                In Re:  382221
                      Charles William Cherry, II
                      Florida Courier
                      5200 S.W. 18th St.
                      Plantation, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 26, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 27th day of March, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLT3/R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
D.B. ZWIRN SPECIAL OPPORTUNITIES : Civil Action No. 08 Civ. 3125
FUND, L.P.,
:
                Plaintiff, :
                 : **ORDER FOR ADMISSION**
     - against - : **PRO HAC VICE ON**
                 : **WRITTEN MOTION**
TAMA BROADCASTING, INC. :
                Defendant. :
                 :
------------------------------------------------------------------- x

Upon the motion of Ian M. Goldrich, associate at Torys LLP, attorney for the defendant, Tama Broadcasting, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Charles W. Cherry II, Esq.

    Firm Name:    Law Offices of Charles W. Cherry II

    Address:    5200 SW 18th Street

    City/State/Zip:    Plantation, Florida 33317

    Telephone:    (813) 367-7342

    Fax:    (954) 583-9667

    Email:    ccherry2@aol.com

is admitted to practice *pro hac vice* as counsel for the defendant, Tama Broadcasting, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____<br>
United States District/Magistrate Judge

8472628

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

                Plaintiff,

               - against -

TAMA BROADCASTING, INC.

               Defendants.

------------------------------------------------------------------ x

Civil Action No. 08 Civ. 3125 (SAS)

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury that on Monday, April 7, 2008, I personally served true and correct copies of the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF IAN M. GOLDRICH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE and [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** on Vinson & Elkins, L.L.P., attorney for plaintiff, at 666 Fifth Avenue, New York, New York 10013, 26th Floor.

Dated: New York, New York
       April 7, 2008, 2008

                                              Darrell Williams