UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 08 Civ. 3125(SAS) |
| TAMA BROADCASTING, INC., | ) ) ) | JUDGE SCHEIDLEIN |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

Having been admitted pro hac vice on April 10, 2008, the undersigned hereby enters his appearance as co-counsel for defendant Tama.

Respectfully submitted,

s/Percy Squire, Esq.
Percy Squire, Esq. (0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Co-counsel for Defendant Tama

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Postal Service, facsimile, email or Court electronic filing system, April 14, 2008, upon the following:

Steven Paradise, Esq.
Michael S. Davi, Esq.
Michael V. Rella, Esq.
666 Fifth Ave., 26th Floor
New York, NY 10103
212-237-0000 Telephone
212-237-0100 Facsimile
Counsel for DBZ

s/Percy Squire, Esq.
Percy Squire, Esq. (0022010)