```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

                Plaintiff,

-- against --

TAMA BROADCASTING, INC.,

                Defendant.

------------------------------------------------------------x

Civil Action No. 08 Civ. 3125 (SAS)

[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE*

Upon the application of plaintiff D.B. Zwirn Special Opportunities Fund, L.P. ("DBZ") for the admission of Gregory L. Masters, Esq. to this Court *pro hac vice*, which application is unopposed by defendant's counsel,

IT IS SO ORDERED that DBZ'S application is granted, and Mr. Masters is hereby admitted to practice in this Court *pro hac vice* as counsel for DBZ.

SO ORDERED, this 11 day of April, 2008

                                                            _____
                                                             United States District Court Judge



Steven Paradise  sparadise@velaw.com
Tel 212.237.0016  Fax 917.849.5338

April 11, 2008

*Via Hand Delivery*

The Honorable Shira A. Scheindlin
United States District Judge
U.S. District Court for the
  Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *D.B. Zwirn Special Opportunities Fund, L.P. v. TAMA Broadcasting, Inc.*
      No. 08-CV-3125 (SAS) (JCF)

Dear Judge Scheindlin:

On behalf of plaintiff D.B. Zwirn Special Opportunities Fund, L.P. ("DBZ"), we write pursuant to Rule III.C. of Your Honor's Individual Rules and Procedures to respectfully request the admission of Gregory L. Masters, Esq. to this Court *pro hac vice*. We have conferred with defendant's counsel who does not oppose Mr. Masters's admission.

Mr. Masters is a partner at Wiley Rein LLP, located at 1776 K Street NW, Washington, D.C., 20006. His telephone number is (202) 719-7370, and his fax number is (202) 974-1427. Mr. Masters is a member in good standing of the Virginia State Bar and the District of Columbia Bar. There are no disciplinary proceedings pending against him in any State or Federal court.

Accordingly, we respectfully request that the Court So Order the enclosed proposed order granting the admission of Gregory L. Masters, Esq. to this Court *pro hac vice*.

Respectfully submitted,

*Steven Paradise* /MVR

Steven Paradise

cc:   David Wawro, Esq. (via hand delivery)
      Mark Rambler, Esq. (via email)

---

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel 212.237.0000  Fax 212.237.0100  www.velaw.com