UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
D.B. ZWIRN SPECIAL OPPORTUNITIES :
FUND, L.P., :
 :
                 Plaintiff, : Civil Action No. 08 Civ. 3125 (SAS)
 :
   -- against -- : [PROPOSED] ORDER
 :
TAMA BROADCASTING, INC., :
 :
                 Defendant. :
 :
------------------------------------------------------------x

    WHEREAS, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff D.B. Zwirn Special Opportunities Fund, L.P. ("DBZ") has requested the Court's leave to amend its pleading, to which request Defendant's counsel does not object, it is now

    SO ORDERED:

    That DBZ's request for the Court's leave to amend its pleading is granted.

                                 ENTER:

                                 _____
                                    U.S.D.J